# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0364
_____

MICHAEL BRIAN NIEMI,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

August 13, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Brian Niemi, Appellant, pro se.

Zackery Scharlepp and Brandon White, of Coppins Monroe, Tallahassee, for Appellee, Sheriff Mike Pendergast.

Ashley Moody, Attorney General, and Dan Johnson, General Counsel, Florida Department of Corrections, and Anthony Dean Johnson, Assistant Attorney General, Tallahassee, for Appellee, Florida Department of Corrections.